**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD D. SMITH, | No. C 13-310 SI (pr) |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| K. CHAPPELL, Warden; et al., | |
|     Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 16, 2013

_____
SUSAN ILLSTON
United States District Judge